FRANK A. WEISER, (Bar No. 89780)
LAW OFFICES OF FRANK A. WEISER
3460 Wilshire Blvd., Ste. 1212
Los Angeles, California 90010
Tel: (213) 384-6964
Fax: (213) 383-7368
E-Mail: maimons@aol.com

Attorneys for Plaintiffs
MS & SONS HOSPITALITY, LLC;
a California Limited Liability
Company, and MUKESH H. PATEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MS & SONS HOSPITALITY, LLC, a California Limited Liability Company; MUKESH K. PATEL,<br><br>Plaintiffs,<br><br>vs.<br><br>DB INSURANCE CO., LTD.; AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR DAMAGES; INJUNCTIVE AND DECLARATORY RELIEF**<br><br>[Diversity Jurisdiction - 28 U.S.C. Section 1332]<br><br>**DEMAND FOR FOR JURY TRIAL** |

Plaintiffs MS & SONS HOSPITALITY, LLC; a California Limited Liability Company, and MUKESH H. PATEL (collectively "Plaintiffs," or "MS," or "MP") hereby file the following Complaint and state and allege as follows:

1

## JURISDICTION AND VENUE

1. Jurisdiction of the federal court exists pursuant to 28 U.S.C. Section 1332 and 28 U.S.C. Section 1343 (a)(3). This action, which arises under the laws and Constitution of the United States, and involves violations of California state law

2. Venue is proper in this District pursuant to 28 U.S.C. Section 1391(b) in that Plaintiffs reside in this District and the claims arose in this District.

## PARTIES

3. Plaintiff MS is a California Limited Liability Company duly formed and existing under the laws of the State of California and is the the legal owner of real property and a motel operating on such property commonly known as the MOTEL 6 - THOUSAND PALMS ("Property," or "Motel") at 72215 Varner Road, Thousand Palms, CA 92276..

4. Plaintiff MP is a authorized managing member of MS and sues in this case individually and as a managing member on behalf of MS.

5. On information and belief, Plaintiffs allege that Defendant DB INSURANCE CO., LTD ("DB") is a foreogn corporation whose principal office is in Seoul, South Korea duly authorized to do business in the State of California.

6.. The true names and capacities, whether individual, corporate, associate or otherwise, herein named as DOES 1 through 10, and persons heretofore unknown involved in the actions taken against plaintiffs are unknown to him at this time. Plaintiffs are informed and believe and based thereon alleges that each of the DOE defendants are responsible in some manner for the occurences herein referred to, and that plaintiffs' injuries and damages as

herein alleged were proximately caused by those defendants. Plaintiffs sue said defendants by such fictitious names on the grounds that the true names and capacities of said defendants are unknown to them at this time. Plaintiffs will amend this complaint when the true names and capacities of said DOE defendants are ascertained. Each reference in this complaint to "defendant", "defendants" or a specifically named defendant also refers to defendants sued under fictitious names.

PRELIMINARY FACTUAL HISTORY

7.  MS purchased the property in or about June 1, 2017 from SEOUL PLAZA, LLC, a Washibgton Limited Liability Company ("SEOUL")>

8.  During the escrow period for the purchase of the motel, on April 24, 2017, extensive water damage occurred at the motel that caused damage to the entire property by way of the water intrusion, including both the exterior and interior of the motel. Damage occurred to the motel's roof, exterior stucco, interior carpet and carpet padding, interior vinyl flooring, and interior ceiling and walls. The motel was a total loss due to the water intrusion, requiring a complete remodel and renovation of the motel property.

9.  Due to the damage, the escrow instructions were amended between MS and SEOUL.

10. On or about May 31, 2017, SEOUL entered into amended escrow instructions with MS. The instructions provided that SEOUL would repair and return the property to its original condition and repair the water damage.

11. SEOUL also maintained insurance through DB for the property that insures the damage to the property.

12. SEOUL made an insurance claim with DB through its operating entity, PINNACLE HOSPITALITY, INC., a California Corporation, ("PINNACLE for business income loss and property loss through its insurance policy for the property. PINNACLE is the named insured on the insurance policy for the property with DB.

13. On or about February 21, 2018, PINNACLE retroactively assigned all it rights under the insurance policy on the property with DB, including a business income claim, to MS to coincide with the transfer of the property on June 1, 2017.

14. On or about May 9, 2018, DB refused to recognize as valid the assignment referred to in paragraph 13 with respect to the business income claim.

15. To date, the property has not been repaired to its original condition and DB has failed to timely pay contractors to do so and as a result, Plaintiffs have been damged in an amount according to proof at trial but well over $2,000,000.00.

Based on the above facts, Plaintiffs allege the following claims:

### FIRST CLAIM FOR RELIEF

### (Negligence by All Plaintiffs Against All Defendants)

16. Plaintiffs reallege and incorporate herein by reference to each and every allegation contained in Paragraphs 1 through 15, and all its subparts, inclusive, as set forth hereinabove.

17. As a direct result of Defendantss failure to timely repaitr the property to its original condition, Defendants, and each of them, have breached their duty under California law to Plaintiffs.

18. As a proximate result of the foregoing acts of Defendants, and each of them, Plaintiffs have suffered extreme hardship and damages, which damages include, but is not limited to, economic damages, lost profits as the property sits uninhabotable and unusable,; onging fees and costs to prevent further damage to the property while the property is exposed to the elemements; attorney's fees and costs; and other economic and consequential damages according to proof at trial, but not less than $2,000,000.00; and to appropriate declaratory and injunctive relief, against all the Defendants, and to their reasonable attorneys fees.

## SECOND CLAIM FOR RELIEF

**(Breach of Contract by All Plaintiffs Against All Defendants)**

19. Plaintiffs reallege and incorporate herein by reference to each and every allegation contained in Paragraphs 1 through 18, and all its subparts, inclusive, as set forth hereinabove.

20. As a direct result of Defendantss failure to timely repaitr the property to its original condition, Defendants, and each of them, have breached the assigned insurance contract with Plaintiffs.

21. As a proximate result of the foregoing acts of Defendants, and each of them, Plaintiffs have suffered extreme hardship and damages, which damages include, but is not limited to, economic damages, lost profits as the property sits uninhabotable and unusable,; onging fees and costs to prevent further damage to the property while the property is exposed to the elemements; attorney's fees and costs; and other economic and consequential damages according to proof at trial, but not less than $2,000,000.00; and to appropriate declaratory and

injunctive relief, against all the Defendants, and to their reasonable attorneys fees.

WHEREFORE, Plaintiffs pray judgment against Defendants, and each of them, as follows:

### FIRST CLAIM FOR RELIEF

1. For damages according to proof at trial; but not less than $2,000,000.00

2. For appropriate declaratory and injunctive relief;

3. For attorney's fees;

4. For costs of suit; and

### SECOND CLAIM FOR RELIEF

5. For damages according to proof at trial; but not less than $2,000,000.00

6. For appropriate declaratory and injunctive relief;

7. For attorney's fees;

8. For costs of suit;

### FOR ALL CLAIMS FOR RELIEF

9. For such other and further relief as the Court deems just and proper.

DATED: June 3, 2019                     LAW OFFICES OF FRANK A. WEISER

By: /s/ Frank A. Weiser
FRANK A. WEISER, Attorney for Plaintiffs MS & SONS HOSPITALITY, LLC; a California Limited Liability Company, and MUKESH H. PATEL

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial pursuant to F.R.C.P. 38.

DATED: June 3, 2019                    LAW OFFICES OF FRANK A. WEISER

By: _____
FRANK A. WEISER, Attorney for
Plaintiffs MS & SONS HOSPITALITY,
LLC; a California Limited Liability
Company, and MUKESH H. PATEL